Fill in this information to identify the case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 98th Trust LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-2904159 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 22-16 98th Street<br>East Elmhurst, NY 11369<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Queens<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  98th Trust LLC  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor  __98th Trust LLC_____  Case number (*if known*)_____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   98th Trust LLC
         Name                                                                    Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 31, 2025
              MM / DD / YYYY

X _____        Amarbin Ahmed
  Signature of authorized representative of debtor    Printed name

Title   Authorized Signatory

**18. Signature of attorney**

X  /s/ Lawrence Morrison                        Date   July 31, 2025
   Signature of attorney for debtor                    MM / DD / YYYY

Lawrence Morrison
Printed name

Morrison Tenenbaum PLLC
Firm name

87 Walker Street, Second Floor
New York, NY 10013
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   lmorrison@m-t-law.com

NY
Bar number and State

# 98TH TRUST LLC

(a New York Limited Liability Company)

## WRITTEN CONSENT

As of July 31, 2025

In lieu of a special meeting of the members of 98th Trust LLC, a New York limited liability company (the "Company"), the undersigned, being the sole member of the Company (the "Manager"), does hereby declare that the actions hereinafter set forth shall be, and hereby are, taken by the Members as of July 31, 2025:

### Chapter 11 Filing

**WHEREAS**, The Company does not have available funds to pay amounts owed to creditors;

**WHEREAS**, after careful consideration, the Manager, on behalf of the Company and in its capacity as Manager, has determined that it is advisable and in the best interests of the Company and its stakeholders to file a petition for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code (the "**Chapter 11 Petition**").

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Company is hereby authorized to file the Chapter 11 Petition in New York and hereby is, in all respects authorized, adopted and approved; and that the Manager be, and they hereby is, authorized to execute and deliver, in the name and on behalf of the Company, the Chapter 11 Petition with such additions, deletions or other modifications thereto as the officer or officers executing and delivering the Petition shall, in their sole discretion, deem necessary or appropriate, such determination to be evidenced conclusively by their execution and delivery thereof.

### Further Actions

**RESOLVED**, that Amarbin Ahmed be, and hereby is, authorized and directed to do and perform or cause to be done and performed all such acts, deeds and things, and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates in the name or on behalf of the Company, as he may deem necessary or appropriate to effectuate or carry out fully the purpose and intent of the foregoing resolutions.

**RESOLVED**, that any prior written consent is hereby amended and restated hereby, and any and all actions taken by the Member on behalf of the Company with respect to the foregoing transactions and resolutions, including all actions taken in connection with the prior Written Consent, be, and they hereby are, in all respects ratified and approved.

_____
Amarbin Ahmed, Sole Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
\*------------------------------------------------------------------
In re:                                                    Chapter 11

98th Trust LLC,                                           Case No.

Debtor.
\*------------------------------------------------------------------

### DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

I, Amarbin Ahmed declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am currently the Owner and Sole Member of 98th Trust LLC (the "Debtor"). As such, I am familiar with the operations, business and financial affairs of the Debtor.

2. In accordance with the Local Rules, I am submitting this Declaration, to the best of my knowledge, pursuant to Local Rule 1007-4 to assist the Court, creditors and other parties-in-interest in understanding the circumstances necessitating the filing of the Chapter 11 petition, the Debtor's debt and capital structure, and the Debtors' plans to emerge from Bankruptcy.

**Events Lead-Up to the Chapter 11 Filing**

3. The Debtor's sole asset is its ownership of a parcel of developed real property located at 22-16 98th Street, Elmhurst, Queens (the "Property"). The Property is a parcel of residential real property and the Debtor generates revenue through leasing units at the Property.

4. The Debtor is filing this action to prevent a foreclosure sale on the Property. In 2014, Isanthes LLC ("Isanthes") commenced an action to foreclose on a mortgage that purportedly encumbered the Property. Isanthes, however, failed to serve the Debtor, and the Debtor moved to intervene in the action. The court subsequently entered an order permitting foreclosure of the

Property. The Debtor is filing this action to prevent the foreclosure.

## Local Rule 1007-4 Disclosures

5. Pursuant to Rule 1007-4(a)(v), no committee has been formed prior to the commencement of these cases.

6. Pursuant to Rule 1007-4(a)(vi) of the local bankruptcy rules a list containing the names and addresses of each Debtor's twenty (20) largest unsecured creditors, excluding insiders was filed on the docket. Given the emergency nature of this filing, the Debtor reserves the right to amend this list.

7. Pursuant to Rule 1007-4(a)(vii) of the local bankruptcy rules, is a list containing the names and addresses Debtor's purported secured claim was filed on the docket of the case.

8. Pursuant to Rule 1007-2(a)(viii), (xi), and (xii) of the local bankruptcy rules, the sole asset of the Debtor is ownership of the Property. The Debtor's books and records are located at the Property.

9. Pursuant to Rule 1007-2(a)(ix) of the local bankruptcy rules, the Debtor does not have any publicly held shares, debentures, or other securities.

10. The debtor has no employees.

11. The Debtor expects to receive approximately $20,000 in revenues during the thirty (30) day period following the Chapter 11 filing. The Debtors' operating expenses during the same thirty (30) day period should be negligible.

3

Dated:   New York, New York
         July 31, 2025

By: _____
    Amarbin Ahmed

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | 98th Trust LLC | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | |
| Case number (if known): | | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ConEd Bankruptcy Group 4 Irving Place 9th Floor New York, NY 10003 | | | | | | $222.40 |
| DEP NYC 59-17 Junction Blvd, 13th Floor Elmhurst, NY 11373 | | | | | | $28,356.39 |
| IRS PO Box 7346 Philadelphia, PA 19101 | | | | | | $0.00 |
| Isanthes LLC c/o Joseph DeFelice, Esq Valley Mitola Ryan PLLC 6851 Jericho Turnpike, Suite 165 Syosset, NY 11791 | | 22-16 98th StreetEast Elmhurst, NY 11369 | | | | $1,680,842.21 |
| NYS Dept. of Tax & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205 | | | | | | $0.00 |

# United States Bankruptcy Court
### Eastern District of New York

In re   98th Trust LLC   Case No. _____

Debtor(s)   Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 31, 2025                Signature  _____
                                               Amarbin Ahmed

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re   98th Trust LLC                                              Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)                      Chapter   11

## **VERIFICATION OF CREDITOR MATRIX**

　　　The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   July 31, 2025                             _____
　　　　　　　　　　　　　　　　　　　　　Amarbin Ahmed/Authorized Signatory
　　　　　　　　　　　　　　　　　　　　　Signer/Title

ConEd
Bankruptcy Group
4 Irving Place 9th Floor
New York, NY 10003


DEP NYC
59-17 Junction Blvd, 13th Floor
Elmhurst, NY 11373


IRS
PO Box 7346
Philadelphia, PA 19101


Isanthes LLC
c/o Joseph DeFelice, Esq
Valley Mitola Ryan PLLC 6851 Jericho Tur
Syosset, NY 11791


NYS Dept. of Tax & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205


Suntrust Mortgage Inc
1001 Semmes Avenue
Richmond, VA 23224

# United States Bankruptcy Court
## Eastern District of New York

In re   98th Trust LLC

Debtor(s)

Case No. _____

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   98th Trust LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 31, 2025
Date

/s/ Lawrence Morrison
Lawrence Morrison
Signature of Attorney or Litigant
Counsel for   98th Trust LLC
Morrison Tenenbaum PLLC
87 Walker Street, Second Floor
New York, NY 10013
 Fax:
lmorrison@m-t-law.com